UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALVIN WALKER, as Personal
Representative of the ESTATE OF
ALBERT WALKER,

          Plaintiff,

vs.                                         CASE NO. 3:09-cv-10598-J-37JBT

R.J. REYNOLDS TOBACCO COMPANY,

          Defendant.
_____/

## **ORDER**

This cause is before the Court on the Plaintiff's Motion to Determine Entitlement to Costs and Fees Pursuant to Rule 37(c)(2) (Doc. 198) and Plaintiff's Conditional Motion for Determination of Entitlement to Attorneys' Fees and Costs Pursuant to Proposal for Settlement and for Costs and Expenses as a Prevailing Party and Memorandum of Law (Doc. 199). Upon referral, Magistrate Judge Toomey issued a Report and Recommendation recommending that both motions be denied. (Doc. 253.) Plaintiff filed objections to the Report and Recommendation (Doc. 254), to which Defendant R.J. Reynolds Tobacco Company has responded. (Doc. 257.)

Upon independent and *de novo* review of the record, and for the reasons stated in the Report and Recommendation, the Court finds that the Report and

Recommendation is due to be adopted and Plaintiff's objections overruled. While the Plaintiff raises troubling issues regarding the development and bases of Defendant's expert opinions in this and other *Engle* progeny cases, those considerations are more properly the subject of a *Daubert* motion regarding the admissibility of the testimony rather than a post-trial motion for attorney's fees and costs under Fed. R. Civ. P. 37(c)(2). Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's objections to the Report and Recommendation (Doc. 254) are **OVERRULED** and the Report and Recommendation (Doc. 253) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Determine Entitlement to Costs and Fees Pursuant to Rule 37(c)(2) (**Doc. 198**) and Plaintiff's Conditional Motion for Determination of Entitlement to Attorneys' Fees and Costs Pursuant to Proposal for Settlement and for Costs and Expenses as a Prevailing Party and Memorandum of Law (**Doc. 199**) are **DENIED**.

**DONE AND ENTERED** in Chambers at Orlando, Florida, on this 12th day of December, 2012.

ROY B. DALTON, JR.
United States District Judge

Copies to:

Honorable Joel B. Toomey
Unites States Magistrate Judge

Counsel of Record